**Electronically Filed
Supreme Court
SCWC-29535
24-NOV-2010
12:56 PM**

SCWC-29535

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ROBERT N. TOMINIKO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 1DTA-08-08506)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Defendant-Appellant's application for writ of certiorari filed on October 13, 2010, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, November 24, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Ayabe, assigned by reason of vacancy.